# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 20-4373

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff - Appellee, v. **JORDAN COLE LAWS,** Defendant - Appellant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE BRIEF** |

Pursuant to the Federal Rules of Appellate Procedure, Appellant Jordan Laws, by and through his undersigned counsel, respectfully requests this Court to extend the deadline to file his Reply to the Government's Response Brief by 14-days, from February 28, 2022 to March 14, 2022. In support of this Motion, Mr. Laws offers the following:

1. Appellant has not requested any previous extensions.

2. Counsel needs additional time to research and respond to the issues presented in the Government's brief.

3. The government does not oppose the relief requested in this Motion.

4. This Motion is filed in the interest of justice and not for purposes of undue delay.

WHEREFORE, Mr. Laws respectfully requests a 14-day extension of the deadline by which to file his reply to the Government's Response Brief, up to and including March 14, 2022.

Respectfully submitted, this 23rd day of February, 2022.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
(980) 265-1700
terpening@terpeninglaw.com

*Counsel for Jordan Laws*

## **CERTIFICATE OF SERVICE**

    I certify that I have filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE BRIEF** through the Court's ECF system, which constitutes service on all parties.

    Dated: February 23, 2022.

                                         /s/ William R. Terpening
                                         William R. Terpening